In the Matter of LAWYERS MORTGAGE COMPANY.

LOUIS H. PINK, Superintendent of Insurance, as Rehabilitator of LAWYERS MORTGAGE COMPANY, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Submitted May 17, 1937; decided July 13, 1937.

Motion for reargument denied, without costs. (See 272 N. Y. 554.)

In the Matter of the Claim of CLYDE H. WHITMYRE et al., Respondents, against INTERNATIONAL BUSINESS MACHINES CORPORATION et al., Appellants.

Submitted June 7, 1937; decided July 13, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 61.)

FRED J. SMITH et al., Respondents, v. AMERICAN AUTOMOBILE FIRE INSURANCE COMPANY, Defendant, and AMERICAN AUTOMOBILE INSURANCE COMPANY, Appellant.

Submitted July 13, 1937; decided July 13, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 626.)